IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA ROGERS, individually and as next friend of D.R., and as representative of LINDA MICHELLE ROGERS, decreased; JOSE FISCAL; and AMPARO CAMACHO, | § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:18-cv-0869-M |
| v. | § § | |
| ATMOS ENERGY CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER

In light of the joint letter to the Court [ECF No. 9], the case is stayed pending the Court's ruling on the Motion to Remand [ECF No. 5]. *See Carder v. Cont'l Airlines, Inc.*, 595 F. App'x 293, 300 (5th Cir. 2014) ("[A] trial court may properly exercise its discretion to stay discovery pending a decision on a dispositive motion.").

**SO ORDERED.**

April 30, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1